JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDY CONTINUE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>I AM A FASHION JUNKY, LLC, a Georgia limited liability company; IRIS MONTGOMERY, an individual; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-05561-MCS-RAO<br><br>**JUDGMENT** |

1 | Pursuant to the Court's Order Dismissing Claims Pursuant to Federal Rule of Civil Procedure 4(m), it is ordered, adjudged, and decreed that is action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 10, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE